PROB 12A
(Rev.5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Robert Marchand Slaughter</u>    Case Number: <u>3:08-00141</u>

Name of Sentencing Judicial Officer: <u>The Honorable Thomas A. Wiseman Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>December 8, 2008</u>

Original Offense: <u>18 U.S.C. § 371 Conspiracy to Utter and Possess Counterfeited Securities of an Organization With Intent to Deceive Others and 18 U.S.C. § 513(a) Uttering and Possessing Counterfeited Securities of an Organization With Intent to Deceive Others</u>

Original Sentence: <u>5 years' probation</u>

Type of Supervision: <u>Probation</u>    Date Supervision Commenced: <u>December 8, 2008</u>

Assistant U.S. Attorney: <u>Blanche B. Cook</u>    Defense Attorney: <u>G. Kerry Haymaker</u>

---

**THE COURT ORDERS:**

☑ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 1st day of May, 2013,
and made a part of the records in the above case.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

_____
Eric Illarmo
U.S. Probation Officer

Place    Nashville, Tennessee

Date    April 29, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.      Nature of Noncompliance

1.      **The defendant shall not commit another federal, state, or local crime.**

On February 10, 2013, the defendant was arrested by law enforcement officials and charged with Domestic Assault. His next scheduled court date is May 21, 2013. On April 23, 2013, a trial on the matter was continued as the victim was not present.

The defendant was interviewed by the probation officer about his pending charge. The defendant indicated he grabbed the victim's hand, dislocating her finger, in self-defense. This account conflicts with a written statement provided by the defendant to investigators at the time of his arrest.

On April 23, 2013, the alleged victim was contacted by the probation office. She indicated she has moved to Chicago, Illinois, and will not be cooperating with the defendant's prosecution. She confirmed that she was assaulted; however, she stated that she did not want the offender imprisoned, as he has custody of their child. She stated it would be a hardship for her to return to Tennessee to take custody of the child and to arrange for his care.

2.      **If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.**

The defendant failed to submit a payment toward restitution for December 2012, January, February, and March 2013.

According to records provided by the Clerk's Office, the defendant has an outstanding balance of $22,988.05. He last submitted a payment of $200 on April 22, 2013. His probation term ends on December 7, 2013.

3.      **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The defendant failed to submit written reports for December 2012 and January 2013.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Robert Marchand Slaughter began his term of probation on December 8, 2008, and is currently scheduled to complete his term on December 7, 2013.

As reported above, on February 10, 2013, the defendant was arrested and charged with Domestic Assault. Additionally, the defendant failed to submit restitution payments for four months. He also failed to file written reports for two months.

The defendant was reprimanded and directed to attend and complete an anger management program as required by his conditions of supervision.

**U.S. Probation Officer Recommendation:**

It is recommended that the defendant be continued on probation with no further action taken at this time. Any conviction on this charge will be promptly reported to the Court. With regard to the unpaid restitution, it is recommended that the defendant's probation term be allowed to terminated as scheduled, with restitution still owed, with the understanding that he will continue to make payments once his probation period ends. This matter has been reported to Assistant U.S. Attorney Blanche B. Cook, who concurs with the recommendation.

Approved: _____

Britton Shelton
Supervisory U.S. Probation Officer