> Motion GRANTED. Hearing reset for 2/10/14 at 1:00 p.m.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00141 |
| | ) | JUDGE TRAUGER |
| ROBERT MARCHAND SLAUGHTER | ) | |

## UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

The defendant, Robert Slaughter, through undersigned counsel, hereby moves this Honorable Court for an order continuing the revocation hearing that is presently set for Monday, December 9, 2013, at 1:00 p.m. until a date in February 2014. Assistant United States Attorney Blanche Cook has authorized undersigned counsel to represent to this Court that the government is not opposed to this request.

One of the alleged violations contained in the violation petition in this case is based on the fact that Mr. Slaughter has been charged in state court with theft of property from an employer in excess of $60,000. Mr. Slaughter is charged in an indictment with that offense in Davidson County Criminal Court in case number 2013-C-2722. That case has been continued until January 23, 2014. Mr. Slaughter and the United States are currently negotiating a resolution of this case and those negotiations will be affected by the proceedings in state court. The parties anticipate that the case will be resolved in state court on January 23, 2014. Thus, Mr. Slaughter requests that the revocation hearing be continued until after the resolution of his state court case.

**WHEREFORE**, Mr. Slaughter respectfully request that this Court continue the revocation hearing until a date in February 2014.